AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means  ☐ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Oregon

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No.  3:23-mc-302 A
Green Dodge Charger Vehicle (CA 8YAZ411) as )
described in Attachment A-1 )
 )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of ____Oregon____
*(identify the person or describe the property to be searched and give its location)*:

Green Dodge Charger Vehicle (CA 8YAZ411) as described in Attachment A-1

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B-1 hereto.

**YOU ARE COMMANDED** to execute this warrant on or before   April 26, 2023   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   U.S. Magistrate Russo, via Clerk   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   04/12/2023 3:41 pm                                  *Jolie A. Russo*
                                                                          *Judge's signature*

City and state:   Portland, Oregon                              Jolie A. Russo, United States Magistrate Judge
                                                                          *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** |||
|---|---|---|
| Case No.: <br> 3:23-mc-302 A | Date and time warrant executed: <br> See below dates | Copy of warrant and inventory left with: <br> Notice Regarding Service to be filed with Court |
| Inventory made in the presence of : <br> N/A |||
| Inventory of the property taken and name(s) of any person(s) seized: N/A <br><br> Date and time the acquisition of location information began: <br><br> The government acquired location information from (date and time): <br><br> to (date and time): |||
| **Certification** |||
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. <br><br><br> Date: _____ <br>                  _____ <br>                        *Executing officer's signature* <br><br>                  _____ <br>                        *Printed name and title* |||

**ATTACHMENT A-1**

**VEHICLE TO BE SEARCHED**

Based upon the information contained in this affidavit, I am requesting a warrant to search the following vehicle:

Green 2021 Dodge Charger, California license plate 8YAZ411, VIN: 2C3CDXBG9MH632666, currently located in secure storage at PPB Rivergate Vehicle Storage Facility at 7027 NW St. Helens Road, Portland, Oregon.



ATTACHMENT B-1

Items to Be Seized

The items to be searched for, seized, and examined, are those items in the 2021 Dodge Charger bearing California license plate 8YAZ411 (A-1) that contain evidence, contraband, fruits, and instrumentalities of violations of Title 18, United States Code, Section 2421, transporting an individual interstate or foreign commerce for purposes of prostitution and Title 18, United States Code, Section 1956, money laundering.  The items to be seized cover the period of June 1, 2020 through the date of the execution of the search warrant.

1. The items referenced above to be searched for, seized, and examined are as follows:

a. Books, records, receipts, notes, ledgers, diaries, accounting, postings, communication and financial transactions relating to promoting and facilitating prostitution, prostitution and money laundering;

b. Personal books and papers reflecting names, addresses, telephone numbers, articles of clothing, photos and other contacts for the purpose of promoting or facilitating prostitution;

c. Financial profits, proceeds and instrumentalities of facilitating and promoting prostitution, prostitution and money laundering, including U.S. Currency, virtual currency including Bitcoin, Coinbase account records, bitcoin wallets, bitcoin transactions, prepaid debit cards, credit cards, CashApp cards, PayPal cards;

d. Books, records, receipts, notes, ledgers, and other documents relating to financial transaction, communications related to facilitating and promoting prostitution, prostitution and money laundering, and evidence of the use of individuals to disguise profits, vehicles,

apartments, vehicle purchase documentation, rental vehicles, property records, vehicle titles for the time period of June 1, 2020 to the present;

    e.    Firearms and other dangerous weapons, ammunition, magazines and body armor;

    f.    Personal books and papers reflecting names, addresses, telephone numbers, articles of clothing, photos and other contacts including identification data relating to the promoting and facilitating prostitution, prostitution and money laundering for the time period of June 1, 2020 to the present;

    g.    Financial records and personal objects relating to facilitating prostitution and prostitution income, money laundering and expenditures of money and wealth, to-wit: money orders, wire transfer records, cashier's checks and receipts, checks, bank account records, passbooks, tax records, W-2's, 1099's, safe deposit box keys and records, checkbooks, title files, vehicle purchases and check registers, as well as items of unexplained wealth including precious metals/jewelry such as gold, silver, diamonds, Rolex watches, earrings, pendants, necklaces, rings, etc., designer shoes, designer clothing, designer luggage including brands such as Gucci, Versace, and Luis Vuitton for the time period of June 1, 2020 to the present;

    h.    Items of personal property that tend to identify the person(s) in residence, occupancy, control, or ownership of the premises, including canceled mail, deeds, leases, rental agreements, photographs, personal telephone books, diaries, utility and telephone bills, statements, identification documents, and keys;

    i.    Documents indicating travel in interstate and foreign commerce, to include airline tickets, notes and travel itineraries; airline schedules; bills; charge card receipts; hotel, motel, and car rental statements; correspondence with travel agencies and other travel-related businesses; airline, rent-a-car, and hotel frequent flier or user cards and statements; passports and

visas; telephone bills; photographs of foreign locations; and papers relating to domestic and international travel for the time period of June 1, 2020 to the present;

  j. Cellular telephones, computers and other electronic storage/communication devices capable of storing data to access the internet, book transportation services online, book hotel reservations, access e-mail, send and receive text messages, store records of financial transactions and debts, access online bank records that constitute evidence or instrumentality of facilitating and promoting prostitution, prostitution and money laundering.

### Search Procedure for Digital Devices

  1. Law enforcement may press the fingers and thumbs of LONDON to the sensors of his device for the purpose of attempting to unlock the device via biometric authentication. Further, law enforcement are authorized to point the camera of his device at the face of LONDON for the purpose of attempting to unlock the devices via biometric authentication.

  2. The examination of the Device may require authorities to employ techniques, including but not limited to computer-assisted scans of the entire medium, that might expose many parts of the Devices to human inspection in order to determine whether it is evidence described by the warrant.

  3. The initial examination of the Device will be performed within a reasonable amount of time not to exceed 120 days from the date of execution of the warrant. If the government needs additional time to conduct this review, it may seek an extension of the time period from the Court within the original 120-day period from the date of execution of the warrant. The government shall complete this review within 180 days of the date of execution of

the warrant. If the government needs additional time to complete this review, it may seek an extension of the time period from the Court.

4. If, at the conclusion of the examination, law enforcement personnel determine that particular files or file folders on the Device or image do not contain any data falling within the scope of the warrant, they will not search or examine those files or folders further without authorization from the Court. Law enforcement personnel may continue to examine files or data falling within the purview of the warrant, as well as data within the operating system, file system, software application, etc., relating to files or data that fall within the scope of the warrant, through the conclusion of the case.

5. If an examination is conducted, and it is determined that a Device does not contain any data falling within the ambit of the warrant, the government will return the Device to its owner within a reasonable period of time following the search and will seal any image of the Device, absent further authorization from the Court.

6. The government may retain the Device as evidence, fruits, contraband, or an instrumentality of a crime or to commence forfeiture proceedings against the Device and/or the data contained therein. The government will retain a forensic image of the Device for a number of reasons, including proving the authenticity of evidence to be used at trial, responding to questions regarding the corruption of data, establishing the chain of custody of data, refuting claims of fabricating, tampering, or destroying data, and addressing potential exculpatory evidence claims where, for example, a defendant claims that the government avoided its obligations by destroying data or returning it to a third party.