AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**ORIGINAL**

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 3:23-mc-302 B
The person of Bennie Gene London, as described in )
Attachment A-2 )
)
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search **and seizure** of the following person or property located in the _____ District of _____ Oregon _____
*(identify the person or describe the property to be searched and give its location)*:

The person of Bennie Gene London, as described in Attachment A-2

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B-2 hereto.

**YOU ARE COMMANDED** to execute this warrant on or before _____ April 26, 2023 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ U.S. Magistrate Russo, via Clerk _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   04/12/2023 3:41 pm          *Jolie A. Russo*
                                                    *Judge's signature*

City and state:   Portland, Oregon          Jolie A. Russo, United States Magistrate Judge
                                            *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 3:23-mc-302 B | Date and time warrant executed: <s>See below dates</s> 4/19/23 8:00 pm | Copy of warrant and inventory left with: <s>Notice Regarding Service to be filed with Court</s> Copy with Lopez |
|---|---|---|
| Inventory made in the presence of: N/A  Bennie Logan | | |

Inventory of the property taken and name(s) of any person(s) seized: N/A

Date and time the acquisition of location information began:

The government acquired location information from (date and time):

to (date and time):

Seized.
1) Buccal swab

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/24/23

_Executing officer's signature_

Scott McGlish TFO
_Printed name and title_

## ATTACHMENT A-2

## PERSON TO BE SEARCHED

Based upon the information contained in this affidavit, I am requesting a warrant to search the following individual:

Bennie Gene London, black male, date of birth: XX/XX/1996, 5'7", 150 pounds



## ATTACHMENT B-2

### Items to Be Seized

The items to be searched for, seized, and examined, are those items on LONDON that contain evidence, contraband, fruits, and instrumentalities of violations of Title 18, United States Code, Section 2421, transporting an individual interstate or foreign commerce for purposes of prostitution and Title 18, United States Code, Section 1956, money laundering. The items to be seized include

1. DNA standard by obtaining four (4) buccal swabs